# UNITED STATES DISTRICT COURT
### for the
Middle District of North Carolina

In the Matter of the Search of

*(Briefly describe the property to be searched or identify the person by name and address)*

USPS package bearing tracking number 9200 1903 8159 9953 2144 31, located at 302 S. McNeill St., Carthage, NC 28327

)
)
)
)
)
)
)

Case No. 1:25MJ 319

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*

USPS package bearing tracking number 9200 1903 8159 9953 2144 31, located at 302 S. McNeill St., Carthage, NC 28327

located in the _____ Middle _____ District of _____ North Carolina _____, there is now concealed *(identify the person or describe the property to be seized):*

Controlled substances, packaging for controlled substances, and materials and documents reflecting the distribution of controlled substances through the U.S. Mail.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more):*

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841 | Distribution and Possession with Intent to Distribute a Controlled Substance |
| 21 U.S.C. § 846 | Conspiracy to Distribute Controlled Substances |

The application is based on these facts:
See attached Affidavit.

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

/S/ Jordan Wicks
*Applicant's signature*

Jordan Wicks, Postal Inspector
*Printed name and title*

On this day, the applicant appeared before me via reliable electronic means, that is by telephone, was placed under oath, and attested to the contents of this Application for a search warrant in accordance with the requirements of Fed. R. Crim. P. 4.1.

Date: 8/13/2025

*Judge's signature*

City and state: Winston Salem North Carolina

The Honorable Joi E. Peake, U.S. Magistrate Judge
*Printed name and title*

<u>AFFIDAVIT</u>

The undersigned, being duly sworn, deposes and states:

1. I, Jordan Wicks, am a U.S. Postal Inspector and have been so employed since 2018. I am currently assigned as the USPIS Drug Task Force Supervisor in Fayetteville, North Carolina. I am additionally a Task Force Agent for the Drug Enforcement ("DEA") Wilmington Resident Office. I am responsible for the investigation of narcotics, drug trafficking organizations, and money laundering. I have received training by the United States Postal Inspection Service, and members of the USPIS, in the investigation of controlled substances or proceeds/payments being transported through the United States. From 2014 to 2018, I was employed as a Special Agent with the United States Army Criminal Investigation Division (CID) as a supervisor in the Special Victims Unit. From 2008 to 2014, I was employed as a Detective with the Maplewood Police Department, St. Louis County, Missouri. From 2006 to 2008, I was employed as a Narcotics Detective with the Lincoln County Sheriff's Office, Missouri. From 2001 to 2005, I was a member of Security Forces in the United States Air Force. I have experience and advanced training pertaining to drug related investigations from the USPIS, DEA, U.S. Army, International Narcotics Interdiction Association, Midwest Counterdrug Training Academy, Missouri Narcotic Officers Association, the Multijurisdictional Counterdrug Task Force, as well as

various other federal agencies and organizations.

2. The United States, including the USPIS, Homeland Security Investigations ("HSI"), and DEA, are investigating a drug distributor operating within the Middle and Eastern Districts of North Carolina. The investigation to date has identified Pachomow as the suspected distributor of these drugs, which includes methamphetamine, fentanyl, 3, 4-Methylenedioxymethamphetamine ("MDMA"), and ketamine. This investigation has established evidence that Janusz Pachomow is engaged in a conspiracy to obtain and distribute methamphetamine, fentanyl, MDMA, and ketamine, in violation of Title 21, United States Code, Sections 841(a)(1) and 846. Pachomow has been found to use the USPS to receive drug shipments at his residence, and uses the USPS to distribute drugs across the U.S.

3. On August 11, 2025, the Honorable United States Magistrate Judge Brian S. Meyers issued a Criminal Complaint (5:25-MJ-2018-BM) for Janusz Pachomow, charging him in violation of Title 21, United States Code, 841(a)(1) and 846. On this same day, the Honorable United States Magistrate Judge Joi E. Peake issued a search warrant (1:25MJ315) for Pachomow's residence, located at 146 Split Rail Road, Carthage, North Carolina 28327.

4. On August 12, 2025, the above-described federal search warrant was

executed at Pachomow's residence and he was arrested on his active federal warrant. A search of the residence led to the seizure of methamphetamine, fentanyl, amphetamines, MDMA, and other various controlled substances. Some of these items were packaged for distribution and the quantities seized were consistent with the distribution of controlled substances.

5. I conducted an interview of Pachomow. Pachomow was advised of his Miranda rights, which he acknowledged, and agreed to provide a statement without legal counsel present. Pachomow admitted to being a drug distributor and admitted to purchasing drugs through the dark web. Pachomow confirmed he worked for an unidentified drug distributor, who Pachomow believed to be located overseas. Pachomow advised the unidentified drug distributor would have packages that contained drugs mailed to Pachomow's residence. Pachomow would often not know what was in each package until the packages arrived at his residence. After the drugs were received by Pachomow, he would fulfill orders at the direction of the unidentified drug distributor. Pachomow would be provided addresses in which to send the drugs to around the U.S. In return, Pachomow was paid monthly by the drug distributor.

6. Pachomow confirmed he was aware of at least one package that was in transit to his house that was supposed to contain drugs. When asked, Pachomow denied knowing what specific drug would be inside the

package(s). Pachomow believed there could also be additional packages that contained drugs that were inbound to his residence, as he was often told about the packages after they were already mailed and in transit to his residence.

7. I conducted a review of USPS business records and identified two inbound packages that were currently in transit to 146 Split Rail Road. These packages were identified as USPS Ground Advantage package 9200 1903 8159 9953 2144 31 (Subject Package 1) and USPS Ground Advantage 9400 1361 0619 4294 3566 89 (Subject Package 2). Pachomow provided written consent to search both packages. Pachomow was later transferred to the custody of the U.S. Marshals Service and is in custody at the time of this affidavit.

8. On August 13, 2025, I travelled to the Carthage Post Office, 105 South Ray Street, Carthage, North Carolina 28327, and conducted a review of both Subject Package 1 and Subject Package 2. Subject Package 1 is described as follows:

A. Addressed to: "JANUSZ PACHOMOW 146 SPLIT RAIL RD CARTHAGE NC 28327-9509"

B. From: SHIPPING DEPT 8369 Milliken Avenue Rancho Cucamonga CA 91730"

C. Weight: 3 ounces

D. Postage: Unknown (online postage)

E. Physical description: A plastic mailer, with affixed tracking number 9200 1903 8159 9953 2144 31.

9. Subject Parcel 2 is described as follows:

A. Addressed to: "JANUSZ PACHOMOW 146 SPLIT RAIL RD CARTHAGE NC 28327-9509"

B. FROM: KPERDIEM DESIGN 309 W DUNCAN ST LILLINGTON NC 27546-9462"

C. Weight: 12 ounces

D. Postage: $5.14

E. Physical description: A plastic mailer, taped closed, with affixed tracking number 9400 1361 0619 4294 3566 89

10. I conducted a review of Subject Package 1 through law enforcement databases. The sender's address of 8369 Milliken Avenue, Rancho Cucamonga, California 91730 is a warehouse listed for 4PX Express. There was not further way to identify a "SHIPPING DEPT" with this address. I was able to confirm Subject Package 1 was mailed from City of Industry, over 30 miles away from Rancho Cucamonga. Pachomow was confirmed to reside at the recipient address of Subject Package 1.

11. I conducted a review of Subject Package 2 through law enforcement databases. The sender's address of 309 West Duncan Street, Lillington,

North Carolina 27546, is a listed address for Kperdiem Design Company online. However, online mapping shows the address as a storage facility. I attempted to call the listed number for Kperdiem Design Company and the number was deactivated. I was able to confirm that Subject package 2 entered the USPS mail stream from Raleigh, North Carolina. Pachomow was confirmed to reside at the recipient address of Subject Package 2.

12. Both Subject Package 1 and Subject Package 2 were removed from the mail stream. I transported both packages and secured them at the Moore County Sheriff's Office, located at 302 South McNeill Street, Carthage, North Carolina 28327.

13. I am aware, through my training and experience, that people who utilize the U.S. Mail to distribute controlled substances and/or monetary payments related thereto commonly use fictitious names and addresses to attempt to avoid detection by law enforcement agencies. I am also aware, through training and experience, that dark web drug distributors often send their shipments through commercial mailings and often attempt to disguise the shipment as originating from actual companies.

14. I am aware, also through training and experience, that people often use the U.S. Mail, specifically Express, Priority Mail Express and Priority Mail, for the delivery of controlled substances and narcotics proceeds for various reasons, some of which are listed below:

A. Items sent via Express, Priority Mail Express, and Priority Mail are considered First-Class Mail. Therefore, these items cannot be examined without a federal search warrant.

B. Express, Priority Mail Express, and Priority Mail are generally expected to be delivered in one to three days. This assures the sender of expedited delivery.

C. Various dispatch times (times which a mailed item is transported to the next destination) are available to customers upon request and provides the sender an opportunity to have some control as to the arrival of the mailed item.

D. Individuals desiring to either send or receive controlled substances and payments for these substances through the U.S. Mail can do so without having to provide identification. This reduces the possibility of revealing their true identity.

E. Individuals use the U.S. Mail to send payment, often large sums of currency, for the controlled substances they have purchased. It is common for the currency to come into contact with the narcotics during drug transactions. It is further common for the currency to pick up the odor of narcotics when they come into contact. The narcotic odor on currency typically dissipates after approximately one week.

## Information Regarding the Use of a Drug Detecting Canine

15. On August 13, 2025, I contacted the Moore County Sheriff's Office and requested canine assistance to review Subject Package 1 and Subject Package 2. Deputy McNeill of the Moore County Sheriff's Office has been assigned as a canine handler since March of 2025. Deputy McNeill is currently assigned canine Dyxi and they have been certified since April 26th of 2025. Deputy McNeill and Dyxi are certified through The International Police Work Dog Association.

16. Subject Package 1 was placed in a lineup with three other parcels at the Moore County Sheriff's Office, none of which contained a controlled substance. K9 Dyxi walked among the parcels. Deputy McNeill confirmed that canine Dyxi alerted on Subject Parcel 1.

17. Subject Package 2 was placed in a lineup with three other parcels at the Moore County Sheriff's Office, none of which contained a controlled substance. K9 Dyxi walked among the parcels. Deputy McNeill confirmed that canine Dyxi alerted on Subject Parcel 2.

## Conclusion Regarding Probable Cause

18. Based on the above facts, I have probable cause to believe that Subject Package 1 and Subject Package 2 contain controlled substances, in violation of Title 21, United States Code, Sections 841 and 846. As such, I respectfully request that a Search Warrant be issued for Subject Package 1

and Subject Package 2.

/S/ Jordan Wicks
Jordan Wicks
U.S. Postal Inspector


In accordance with Rule 4.1(b)(2)(A), the Affiant attested under oath to the contents of this Affidavit, which was submitted to me by reliable electronic means, on this ___13___ day of August 2025, at ___5:14___ a.m./p.m.


The Honorable Joi E. Peake
United States Magistrate Judge
Middle District of North Carolina