☑ Original          ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
### for the
Middle District of North Carolina

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>USPS package bearing tracking number 9200 1903<br>8159 9953 2144 31, located at 302 S. McNeill St.,<br>Carthage, NC 28327 | )<br>)<br>)<br>)   Case No.  1:25 MJ **319**<br>)<br>)<br>) |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:       Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____**Middle**_____ District of _____**District**_____
*(identify the person or describe the property to be searched and give its location)*:

USPS package bearing tracking number 9200 1903 8159 9953 2144 31, located at 302 S. McNeill St., Carthage, NC 28327

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

Controlled substances, packaging for controlled substances, and materials and documents reflecting the distribution of controlled substances through the U.S. Mail.

**YOU ARE COMMANDED** to execute this warrant on or before   August 27, 2025   *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.       ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____Honorable Joi E. Peake_____
                                                                                                    *(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____

Date and time issued:   8/13/2025   5:15 pm                 _____Joi Elizabeth Peake_____
                                                                                            *Judge's signature*

City and state:        Winston Salem, North Carolina            Joi E. Peake, United States Magistrate Judge
                                                                                        *Printed name and title*

| Return | | |
|---|---|---|
| Case No.:<br>1:25 MJ 319 | Date and time warrant executed:<br>8-14-25    0807 | Copy of warrant and inventory left with:<br>N/A |

Inventory made in the presence of :

CPT P. Morgan

Inventory of the property taken and name(s) of any person(s) seized:

No controlled substances located - Package delivered

---

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 8·14·25

_Executing officer's signature_

J. Wicks, Insp.

_Printed name and title_